■ The People of the State of New York, Respondent, v Guy Mendez, Appellant. [35 NYS3d 924]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Walsh, J.), imposed May 8, 2012, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

Under the circumstances of this case, the defendant's purported waiver of his right to appeal was invalid (*see People v Hobson*, 131 AD3d 546, 546 [2015]; *People v Brown*, 122 AD3d 133 [2014]) and, thus, does not preclude review of his excessive sentence claim. However, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Chambers, Austin, Roman and LaSalle, JJ., concur.